IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TRACY L. STORIE                                                                                              PLAINTIFF

V.                           Case No. 3:10-cv-03115

MICHAEL J. ASTRUE, a/k/a
Social Security Administration Commissioner                                          DEFENDANT

## O R D E R

Now on this 6th day of September 2011, comes on for consideration the Report and Recommendation dated July 12, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be, and hereby is, **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Remand (Doc. 10) is **GRANTED**. The Court **REMANDS** this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g). In view of the lengthy administrative proceedings that Plaintiff has already completed, the Court also recommends that Defendant expedite the administrative proceedings on remand.

IT IS SO ORDERED this 6th day of September 2011.

/s/P. K. Holmes, III
-------------------------
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE